# Court of Appeals
# of the State of Georgia

ATLANTA,    July 10, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1979.  TERRY LEE COLEMAN v. THE STATE.**

Following his criminal conviction in 2011, Terry Lee Coleman failed to file a direct appeal.  He later filed a motion for out-of-time appeal, and the trial court granted his motion on February 25, 2013.  On May 17, 2013, Coleman filed his notice of appeal.

A defendant granted an out-of-time appeal by the trial court has 30 days from the grant of the motion to file a notice of appeal.  See *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006); *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Coleman filed his notice of appeal 81 days after entry of the order granting his out-of-time appeal, his appeal is DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*, Clerk.*